No. 02-1733. NATIONAL RIGHT TO LIFE COMMITTEE, INC., ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02-1734. AMERICAN CIVIL LIBERTIES UNION *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02-1740. ADAMS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02-1747. PAUL, UNITED STATES CONGRESSMAN, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02-1753. CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02-1755. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02-1756. CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, *ante,* p. 911.] Motion for divided argument of plaintiffs in Nos. 02-1674, 02-1727, 02-1733, 02-1734, 02-1753, 02-1755, and 02-1756 granted, except that 60 minutes are allotted for argument on Title I and §213 of the Bipartisan Campaign Reform Act of 2002, and 50 minutes are allotted on the remainder of the challenged provisions. Motion of Emily Echols et al. and Barret Austin O'Brock for divided argument granted limited to 10 minutes for plaintiffs. Motions for divided argument of plaintiffs in Nos. 02-1675, 02-1740, and 02-1747 denied. Motion of the Solicitor General for divided argument granted.

No. 01-7842. WOODALL *v.* UNITED STATES, 535 U. S. 1099;

No. 01-10370. McCONE *v.* WOODHOUSE, ATTORNEY GENERAL OF WYOMING, 537 U. S. 842;

No. 02-1253. RIGGS ET AL. *v.* SAN JUAN COUNTY, UTAH, ET AL., *ante,* p. 902;

No. 02-1279. ASKEY ET UX. *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, 538 U. S. 1013;

No. 02-1359. SCHAFLER *v.* FIELD ET AL., 538 U. S. 1034;

No. 02-1382. FISHER ET UX. *v.* NEW YORK STATE COMMISSIONER OF TAXATION AND FINANCE ET AL., 538 U. S. 1057;

No. 02-1440. MEADE *v.* DECISIONS OF THE ORPHANS COURT FOR ANNE ARUNDEL COUNTY ET AL., *ante,* p. 903;

No. 02-1455. SHARPENTER *v.* ILLINOIS, 538 U. S. 1035;

No. 02–1539. BESTOR v. UNITED STATES, *ante*, p. 904;

No. 02–5276. YOUNG v. WEIL-MCLAIN, 537 U. S. 905;

No. 02–5552. MCCARRIN v. UNITED STATES, 537 U. S. 1195;

No. 02–6775. MERRIWEATHER v. HOFBAUER, WARDEN, ET AL., 537 U. S. 1074;

No. 02–7517. EVANS v. MERIT SYSTEMS PROTECTION BOARD, 538 U. S. 980;

No. 02–8668. SORRI v. BELL ATLANTIC, 538 U. S. 932;

No. 02–8719. HOLDER v. UNITED STATES, *ante*, p. 916;

No. 02–9225. THOMPSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 538 U. S. 1003;

No. 02–9258. CHILTON v. VIRGINIA, 538 U. S. 1004;

No. 02–9315. IN RE MENDEZ, 538 U. S. 1012;

No. 02–9325. LANZY v. HARRISON, WARDEN, ET AL., 538 U. S. 1015;

No. 02–9420. DUBOSE v. ANDREWS ET AL., 538 U. S. 1036;

No. 02–9436. BURR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 538 U. S. 1036;

No. 02–9440. GROSS v. OHIO, 538 U. S. 1037;

No. 02–9510. GIVANS v. UNITED STATES, 538 U. S. 992;

No. 02–9569. BRYSON ET AL. v. JOHNSTON, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, MECKLENBURG COUNTY, ET AL., 538 U. S. 1039;

No. 02–9573. IN RE LOVE, 538 U. S. 1030;

No. 02–9577. PAYNE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 538 U. S. 1040;

No. 02–9597. JONES v. UNITED STATES, 538 U. S. 1007;

No. 02–9669. GREEN v. UNITED STATES, 538 U. S. 1008;

No. 02–9683. HALL v. FLORIDA, 538 U. S. 1059;

No. 02–9764. IN RE MILLER, 538 U. S. 1055;

No. 02–9810. NGHIEM v. AGHA ET AL., *ante*, p. 905;

No. 02–9831. RAMIREZ v. UNITED STATES, 538 U. S. 1023;

No. 02–9834. PALMER v. UNITED STATES JUDICIAL BRANCH ET AL., 538 U. S. 1042;

No. 02–9845. IN RE CALLAHAN, 538 U. S. 976;

No. 02–9851. WAGENER v. VIRGINIA, 538 U. S. 1062;

No. 02–9861. DEDEAUX v. MISSISSIPPI, *ante*, p. 906;

No. 02–9865. JONES v. MICHIGAN, *ante*, p. 906;

No. 02–9888. LAWRENCE v. YOUNG, WARDEN, 538 U. S. 1043;

No. 02–9898. IN RE MCBRIDE, 538 U. S. 997;

No. 02–9910. MORRIS v. COURT OF APPEALS OF NORTH CAROLINA ET AL., 538 U. S. 1044;

No. 02–9920. DAVIES v. GOMEZ, WARDEN, 538 U. S. 1044;

No. 02–9938. CONTRERAS v. COLLINS ET AL., ante, p. 917;

No. 02–9953. IN RE CRANFORD, 538 U. S. 997;

No. 02–9956. STEPHENS v. UNITED STATES, 538 U. S. 1044;

No. 02–10009. PAYNE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 918;

No. 02–10020. DUNCAN v. MIRO, WARDEN, ET AL., 538 U. S. 1063;

No. 02–10036. RUIZ v. UNITED STATES, 538 U. S. 1046;

No. 02–10044. CALDWELL v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 538 U. S. 1064;

No. 02–10047. ATAMIAN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 538 U. S. 1064;

No. 02–10066. VEGA FLEITES v. UNITED STATES, 538 U. S. 1047;

No. 02–10073. CHENG v. CALIFORNIA, ante, p. 929;

No. 02–10134. HOLT v. UNITED STATES, 538 U. S. 1049;

No. 02–10164. TAYLOR v. UNITED STATES, 538 U. S. 1050;

No. 02–10195. BROCK v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, 538 U. S. 1051;

No. 02–10197. VALOIS v. UNITED STATES, 538 U. S. 1051; and

No. 02–10345. MALDONADO v. UNITED STATES, 538 U. S. 1067. Petitions for rehearing denied.

No. 02–7080. PAGE v. DEMORALES, WARDEN, 537 U. S. 1119; and

No. 02–8856. KADYEBO v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., 538 U. S. 963. Motions for leave to file petitions for rehearing denied.

AUGUST 5, 2003

No. 02–888. HCA, INC., FKA COLUMBIA/HCA HEALTHCARE CORP. v. TENNESSEE LABORERS HEALTH AND WELFARE FUND ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.